```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 09946
   MOHAMMAD M RAHMAN
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-9238

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 03/18/2005 and was confirmed 05/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  26.02% from remaining funds.

     The case was paid in full 04/18/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------
BANCO POPULAR              SECURED                 .00        .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED OTH   5708.74         .00        1485.24
ARMOR SYSTEMS CORP         UNSECURED      NOT FILED        .00            .00
ECAST SETTLEMENT CORP      UNSECURED OTH   1167.61         .00         307.07
BANK OF AMERICA NA         UNSECURED      NOT FILED        .00            .00
BOMBAY                     UNSECURED      NOT FILED        .00            .00
CAPITAL ONE BANK           UNSECURED      NOT FILED        .00            .00
ECAST SETTLEMENT CORP      UNSECURED      13836.92         .00        3600.09
RESURGENT CAPITAL SERVIC   UNSECURED      18532.11         .00        4821.68
DISCOVER                   UNSECURED      NOT FILED        .00            .00
ECAST SETTLEMENT CORP      UNSECURED OTH    513.49         .00         133.10
MARSHALL FIELDS            UNSECURED      NOT FILED        .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED      12190.56         .00        3171.74
WORLD FINANCIAL NETWORK    UNSECURED OTH    959.69         .00         248.99
ECAST SETTLEMENT CORP      UNSECURED OTH   4817.12         .00        1251.56
ADVANTA BUSINESS CARDS     UNSECURED      NOT FILED        .00            .00
THAYER C TORGERSON         DEBTOR ATTY          .00                       .00
TOM VAUGHN                 TRUSTEE                                     960.53
DEBTOR REFUND              REFUND                                       26.00

          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  16,006.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       15,019.47
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               960.53
DEBTOR REFUND                                       26.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 09946 MOHAMMAD M RAHMAN
```

```
                              ---------------      ---------------
TOTALS                            16,006.00            16,006.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 07/29/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 05 B 09946 MOHAMMAD M RAHMAN